**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BOND STREET LTD, LLC, § § *Plaintiff,* § § V. § § MICHAEL LIESS, RANDALL WADE § SHUMWAY, and CICERO RESEARCH, § LLC., § § *Defendants.* § | CASE NO. 4:12cv755 Judge Clark/Judge Mazzant |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 23, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants Randall Shumway and Cicero Research, LLC's Motion to Dismiss Plaintiff's Original Petition for Failure to Prosecute and/or Failure to Comply with Court Order [Doc. #9] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that defendants Randall Shumway and Cicero Research, LLC's

Motion to Dismiss Plaintiff's Original Petition for Failure to Prosecute and/or Failure to Comply with Court Order [Doc. #9] is **DENIED.**

So **ORDERED** and **SIGNED** on May   25  , 2013.

*Ron Clark*

Ron Clark, United States District Judge