**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BOND STREET LTD, LLC, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| V. | | CASE NO. 4:12cv755 |
| | | Judge Clark/Judge Mazzant |
| MICHAEL LIESS, RANDALL WADE SHUMWAY, and CICERO RESEARCH, LLC., | | |
| *Defendants.* | | |

# ORDER ADOPTING REPORT AND
# RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 23, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that defendants Randall Shumway and Cicero Research, LLC's Motion to Dismiss Plaintiff's Original Petition for Failure to Prosecute and/or Failure to Comply with Court Order [Doc. #9] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that defendants Randall Shumway and Cicero Research, LLC's

Motion to Dismiss Plaintiff's Original Petition for Failure to Prosecute and/or Failure to Comply with Court Order [Doc. #9] is **DENIED.**

So **ORDERED** and **SIGNED** on May __25__, 2013.

                                                         Ron Clark, United States District Judge