**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BOND STREET LTD, LLC, § § *Plaintiff,* § § V. § § MICHAEL LIESS, § § *Defendant.* § | CASE NO. 4:12cv755 Judge Clark/Judge Mazzant |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Michael Liess's Motion for Entry of Final Judgment [Doc. #54] be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant Michael Liess's Motion for Entry of Final Judgment [Doc. #54] is **GRANTED** in part and **DENIED** in part.

It is further **ORDERED** that Plaintiff's claims for fraud, fraudulent inducement, and negligent misrepresentation are **DISMISSED.** The parties shall proceed to trial on Plaintiff's remaining claims, which are for breach of fiduciary duty and breach of the duty of good faith and fair dealing.

So **ORDERED** and **SIGNED** this **19** day of **September, 2014.**

_____
Ron Clark, United States District Judge